PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00152-TLN-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, | |
| Defendant | |

It is hereby stipulated by and between the United States of America and claimants Juber Flores-Suarez ("claimants" or "Flores-Suarez") and Rafael Martinez-Suarez ("claimants" or "Martinez-Suarez"), by and through their respective counsel, as follows:

1.      On or about September 29, 2014, claimants Juber Flores-Suarez and Rafael Martinez-Suarez filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $30,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 9, 2014.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 26, 2014.

4.      By Stipulation and Order filed December 24, 2014, the parties stipulated to extend to February 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed February 23, 2015, the parties stipulated to extend to April 25, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed April 20, 2015, the parties stipulated to extend to June 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed June 26, 2015, the parties stipulated to extend to September 22, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed September 21, 2015, the parties stipulated to extend to November 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed November 20, 2015, the parties stipulated to extend to January 19, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

Stipulation to Extend Time to File Complaint

1   subject to forfeiture.

2          10.     By Stipulation and Order filed January 19, 2016, the parties stipulated to extend to

3   March 18, 2016, the time in which the United States is required to file a civil complaint for forfeiture

4   against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

5   subject to forfeiture.

6          11.     By Stipulation and Order filed March 15, 2016, the parties stipulated to extend to May

7   17, 2016, the time in which the United States is required to file a civil complaint for forfeiture against

8   the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

9   forfeiture.

10          12.     By Stipulation and Order filed May 16, 2016, the parties stipulated to extend to June 16,

11   2016, the time in which the United States is required to file a civil complaint for forfeiture against the

12   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

13   forfeiture.

14          13.     By Stipulation and Order filed July 22, 2016, the parties stipulated to extend to August

15   15, 2016, the time in which the United States is required to file a civil complaint for forfeiture against

16   the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

17   forfeiture.

18          14.     By Stipulation and Order filed August 12, 2016, the parties stipulated to extend to

19   September 15, 2016, the time in which the United States is required to file a civil complaint for

20   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

21   currency is subject to forfeiture.

22          15.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further

23   extend to October 14, 2016, the time in which the United States is required to file a civil complaint for

24   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

25   currency is subject to forfeiture.

26   ///

27   ///

28   ///

Stipulation to Extend Time to File Complaint

16.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 14, 2016.

Dated:      9/7/16                              PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                 /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated:      9/7/16                               /s/ Brett A. Purtzer
                                                BRETT A. PURTZER
                                                Attorney for Claimants Juber Flores-Suarez &
                                                Rafael Martinez-Suarez

                                                Authorized via phone

        IT IS SO ORDERED.

Dated: September 8, 2016



                                                Troy L. Nunley
                                                United States District Judge

4