MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant | 2:14-MC-00152-TLN-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Juber Flores-Suarez ("claimants" or "Flores-Suarez") and Rafael Martinez-Suarez ("claimants" or "Martinez-Suarez"), by and through their respective counsel, as follows:

1. On or about September 29, 2014, claimants Juber Flores-Suarez and Rafael Martinez-Suarez filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $30,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 9, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 26, 2014.

4. By Stipulation and Order filed December 24, 2014, the parties stipulated to extend to February 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed February 23, 2015, the parties stipulated to extend to April 25, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed April 20, 2015, the parties stipulated to extend to June 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed June 26, 2015, the parties stipulated to extend to September 22, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed September 21, 2015, the parties stipulated to extend to November 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed November 20, 2015, the parties stipulated to extend to January 19, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

10. By Stipulation and Order filed January 19, 2016, the parties stipulated to extend to March 18, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed March 15, 2016, the parties stipulated to extend to May 17, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed May 16, 2016, the parties stipulated to extend to June 16, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed July 22, 2016, the parties stipulated to extend to August 15, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. By Stipulation and Order filed August 12, 2016, the parties stipulated to extend to September 15, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15. By Stipulation and Order filed September 9, 2016, the parties stipulated to extend to October 14, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16. By Stipulation and Order filed October 18, 2016, the parties stipulated to extend to January 12, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

17. By Stipulation and Order filed January 6, 2017, the parties stipulated to extend to March 13, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18. By Stipulation and Order filed March 8, 2017, the parties stipulated to extend to June 12, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19. By Stipulation and Order filed June 1, 2017, the parties stipulated to extend to September 11, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20. By Stipulation and Order filed September 12, 2017, the parties stipulated to extend to November 10, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

21. By Stipulation and Order filed November 7, 2017, the parties stipulated to extend to December 11, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

22. By Stipulation and Order filed December 11, 2017, the parties stipulated to extend to January 11, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

23. By Stipulation and Order filed January 10, 2018, the parties stipulated to extend to February 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

24. By Stipulation and Order filed February 12, 2018, the parties stipulated to extend to March 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

25. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 11, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

26. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 11, 2018.

Dated: 2/08/2018      MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/08/2018      /s/ Brett A. Purtzer
BRETT A. PURTZER
Attorney for Claimants Juber Flores-Suarez &
Rafael Martinez-Suarez

Authorized via email

IT IS SO ORDERED.

Dated: March 14, 2018

Troy L. Nunley
United States District Judge